IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JESSICA BLINKHORN,        ) | |
| )| |
| Plaintiff,        ) | |
| ) | |
| v.                        ) | CASE NO. CV423-107 |
| ) | |
| OLIVIA'S CENTER, LLC;     ) | |
| ) | |
| Defendant.        ) | |
| ) | |

## O R D E R

Before the Court is Plaintiff Jessica Blinkhorn's Notice of Voluntary Dismissal With Prejudice. (Doc. 7.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Because Defendant has filed neither an answer nor a motion for summary judgment in this case, Plaintiff's request (Doc. 7) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of June 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA